[   ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In Re:**

(1) **Pamela Carol Hearn**  **Case No.**
xxx-xx-2416
(2)  **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:** (1) 1022 Springdale St.  (2)
Memphis TN 38108

**PLAN PAYMENT:**
**DEBTOR (1)** shall pay  $375.00  ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

**(X) PAYROLL DEDUCTION** from:  Shelby County Schools  **OR ( ) DIRECT PAY**.
Attn: Payroll
160 S Hollywood Street
Memphis, TN 38112

**DEBTOR (2)** shall pay  $_____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

**( ) PAYROLL DEDUCTION** from:  **OR ( ) DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**
   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]  ( ) YES  (X) NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]  ( ) YES  (X) NO
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]  ( ) YES  (X) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:  Monthly Plan Payment

   _____ ; ongoing payment begins _____  $_____
   Approximate arrearage: _____  $_____
   _____ ; ongoing payment begins _____  $_____
   Approximate arrearage: _____  $_____

5. **PRIORITY CLAIMS:**  Value of Claim  Monthly Plan Payment

   _____  _____  $_____
   _____  _____  $_____

6. **HOME MORTGAGE CLAIMS:**  ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:  Monthly Plan Payment

   FCI Lender Services, Inc.  ; ongoing payment begins February 2021  $496.20
   Approximate arrearage: $7,300.00  Interest: 0.0 %  $160.00
   _____ ; ongoing payment begins _____  $_____
   Approximate arrearage: _____  Interest: ____ %  $_____

7. **SECURED CLAIMS:**  Value of Claim  Rate of Interest  Monthly Plan Payment
   [Retain lien 11 U.S.C. §1325 (a)(5)]

   _____  _____  ____ %  $_____
   _____  _____  ____ %  $_____
   _____  _____  ____ %  $_____
   _____  _____  ____ %  $_____

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
   [Retain lien 11 U.S.C. §1325 (a)]

   | | Value of Claim | Rate of Interest | Monthly Plan Payment |
   |---|---|---|---|
   | | | ____% | $ ____ |
   | | | ____% | $ ____ |
   | | | ____% | $ ____ |
   | | | ____% | $ ____ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   Collateral: ____
   Collateral: ____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

    | | Value of Claim | Rate of Interest | Monthly Plan Payment |
    |---|---|---|---|
    | | | ____% | $ ____ |
    | | | ____% | $ ____ |
    | | | ____% | $ ____ |
    | | | ____% | $ ____ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

    ____   ( ) Not provided for   **OR** ( ) General unsecured creditor
    ____   ( ) Not provided for   **OR** ( ) General unsecured creditor
    ____   ( ) Not provided for   **OR** ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

    ____
    ____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**    $0.00    .

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( ) ____%, OR,

    (X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

    ____   ( ) Assumes   **OR**   ( ) Rejects.
    ____   ( ) Assumes   **OR**   ( ) Rejects.
    ____   ( ) Assumes   **OR**   ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately    60    months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    ____
    ____
    ____ .

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    /s/ Herbert D. Hurst          Date:   October 13, 2021
    Herbert D. Hurst  (18721)
    Attorney for Debtor(s)
    P.O. Box 41497, Memphis, Tennessee 38174-1497
    Phone:  (901) 725-1000    Fax:  (901) 725-4700